IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                        CIVIL ACTION NO.: 1:22-cv-151-GHD-RP

MONTREZ BROWN                                                   DEFENDANT

## DEFAULT JUDGMENT

The Defendant, Montrez Brown, having failed to appear, plead or otherwise defend in this action, and default having been entered on March 21, 2023, and counsel for Plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Montrez Brown, in the amount of $93,552.80 plus interest on the judgment at the legal rate until the judgment is satisfied, and a filing fee of $402.00.

This the 3rd day of April, 2023.

s/ David Crews
Clerk of Court